UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Kymberly Ann Drennen**                      Docket No. 7:14-MJ-1136-RJ

**Petition for Action on Probation**

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Kymberly Ann Drennen, who, upon an earlier plea of guilty to Driving While Impaired (Level V), in violation of NCGS § 20-138.1, as assimilated by 18 U.S.C. § 13, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge on December 3, 2014, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 15, 2015, Drennen was charged with Driving While License Revoked and Handicapped Parking Violation in Onslow County, North Carolina. The charges remain pending. When confronted with the violation, the defendant admitted she drove her vehicle to Jacksonville, North Carolina, to provide transportation to a friend who was intoxicated.

As a sanction for the criminal conduct, the probation officer respectfully recommends the conditions of probation be modified to include a 30-day term of home detention, with electronic monitoring. Additionally, due to the defendant's financial status, it is recommended she not pay for the monitoring services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows: The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ C. Lee Meeks, Jr. |
| Dwayne K. Benfield | C. Lee Meeks, Jr. |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 200 Williamsburg Parkway, Unit #2 |
| | Jacksonville, NC 28546 |
| | Phone: 910-346-5105 |
| | Executed On: March 20, 2015 |

Kymberly Ann Drennen
Docket No. 7:14-MJ-1136-RJ
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __23__ day of __March__, 2015 and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge